EXHIBIT 3

# SHANNON, MARTIN, FINKELSTEIN, ALVARADO & DUNNE, P.C.

A Professional Corporation
**ATTORNEYS AT LAW**
1001 McKinney Street
HOUSTON, TEXAS 77002

Telephone: (713) 646-5500    www.smfadlaw.com    Facsimile: (713) 752-0337

Sender's Direct Line:                                                                                    E-Mail:
(713) 646-5503                                                                                  mfinkelstein@smfadlaw.com

November 30, 2016

**Via 2nd Day UPS Overnight Delivery and**
**Email**: dlevy@platinumlp.com
DMRJ Group, LLC
250 West 55th Street, 14th Floor
New York, New York 10019
ATTN: Mr. David Levy,
      Chief Executive Officer

**Via 2nd Day UPS Overnight Delivery**
DMRJ Group, LLC
250 West 55th Street, 14th Floor
New York, New York 10019
ATTN: Mr. Joseph SanFilippo,
      Chief Financial Officer

**Via 2nd Day UPS Overnight Delivery**
DMRJ Group, LLC
c/o VCorp Services, LLC
1013 Centre Road, Suite 403-B
Wilmington, DE 19805

      Re.:    Notice of Default under that certain Forbearance and Security Agreement and
               Guarantee dated July 5, 2016, of DMRJ Group, LLC in favor of Epocs Real
               Estate Partnership, Ltd. and West Loop South LLC (the "**Guarantee**")

Dear Sirs:

      Pursuant to agreement made and entered into July 5, 2016 by and among Platinum
Partners Value Arbitrage Fund, L.P. ("**PPVA**"), Epocs Real Estate Partnership, Ltd. ("**Epocs**"),
West Loop South LLC ("**West Loop**"), and DMRJ Group, LLC ("**DMRJ**"), for valuable
consideration, DMRJ provided its written Guarantee to secure payment of indebtedness and
obligations of PPVA to Epocs and West Loop. Under the Guarantee, DMRJ and PPVA are
liable, jointly and severally, to Epocs and West Loop, in the amounts detailed on **Schedule 1**,
attached (the "**Obligations**").

      PPVA has failed to make timely payments on the Obligations to Epocs and West Loop,
the payment of which is now past due, which constitutes an event of default by PPVA. In
addition, an event of default has occurred and is continuing with respect to DMRJ's Obligations

DMRJ Group, LLC
November 30, 2016
Page 2

to Epocs and West Loop under the Guarantee in that, on August 25, 2016, following the filing of a petition by PPVA, acting by its general partner, Platinum Management (NY) LLC, the Grand Court of the Cayman Islands ordered that PPVA be placed into provisional liquidation and pursuant to the Winding Up Order filed November 2, 2016, Mr. Matthew Wright and Mr. Christopher Kennedy of RHSW (Cayman) Limited, were appointed as interim Joint Official Liquidators ("**JOLs**"). Stated otherwise, PPVA is subject to an insolvency proceeding, and as a consequence, under the Guarantee, Epocs and West Loop are no longer required to forbear from enforcement actions against PPVA or DMRJ to collect the Obligations.

In light of the occurrence of these events of default, Epocs and West Loop advise you that they are under no continuing obligation to forbear from demanding payment of amounts due, jointly and severally, from PPVA and DMRJ. Accordingly, this letter serves as formal notice to DMRJ of default under the Guarantee, and that the Obligations are now past due. After the close of business on November 30, 2016, absent payment, **$7,771,082.64** is due. Interest accrues at $2,411.23 per diem until payment is received in good funds, and these claimants reserve the right to collect interest at the post-maturity, post-default rate as well.

You are instructed that, if you receive any payments or proceeds from Implant Sciences Corporation, the maker of the Senior Secured Convertible Promissory Note dated September 5, 2012 (the "**Secured Note**" referred to in the Guarantee), you are to hold the same in trust on behalf of Epocs and West Loop pending your delivery of such payments or proceeds to Epocs and West Loop, without delay, and with any necessary endorsements.

The rights and remedies granted to the Epocs and West Loop are cumulative. Nothing herein constitutes a waiver of rights or remedies by Epocs or West Loop, and nothing herein releases any person or entity from any obligation owed to them.

In the event you have any questions, please contact the undersigned.

Very truly yours,

SHANNON, MARTIN, FINKELSTEIN, ALVARADO & DUNNE
A Professional Corporation

By: _____
Mark S. Finkelstein

c:   *Epocs Real Estate Partnership, Ltd. and West Loop South LLC*
     Steven Finkelman, CFO and Manager        *Via Email*: stevef@scopeimp.com
     Allan Graber, General Counsel             *Via Email*: allan@scopeimp.com

### Schedule 1

DMRJ's Obligations to Epocs and West Loop as of October 31, 2016, are as follows:

| **Claim No. 1 owed to** | **Epocs Real Estate Partnership, Ltd.** |
|---|---|
| Amount of Claim No. 1 | |
| Principal | $2,520.386.84 |
| Interest | $126,778.91 accrued from 5/31/2016 to 10/31/2016, plus interest per diem of $828.62 thereafter. |
| Total | $2,647,165.75 |
| **Claim No. 2  owed to** | **West Loop South LLC (Claim 1 of 2)** |
| Amount of Claim No. 2 | |
| Principal | $2,569,716.84 |
| Interest | $129,260.28 accrued from 5/31/2016 to 10/31/2016, plus interest per diem of $844.84 thereafter. |
| Total | $2,698,977.12 |
| **Claim No. 3  owed to** | **West Loop South LLC (Claim 2 of 2)** |
| Amount of Claim No. 3 | |
| Principal | $2,244,063.50 |
| Interest | $108,539.37 accrued from 6/6/2016 to 10/31/2016, plus interest per diem of $737.77 thereafter. |
| Total | $2,352,602.87 |
| Grand Total | **$7,698,745.74** |