IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| FIAC CORP., *et al.*, | Case No. 16-12238 (BLS) |
| | Jointly Administered |
| Debtors. | |

------------------------------------------------------X

| | |
|---|---|
| WEST LOOP SOUTH LLC AND EPOCS REAL ESTATE PARTNERSHIP, LTD., | |
| Plaintiffs, | Adversary Proceeding No. 17-50556 (BLS) |
| v. | |
| SECURE POINT TECHNOLOGIES INC. (f/k/a IMPLANT SCIENCES CORPORATION) | |
| and | |
| DMRJ GROUP LLC, | |
| Defendants. | |

------------------------------------------------------X

**DMRJ GROUP LLC'S MOTION TO DISMISS ADVERSARY
PROCEEDING OR, IN THE ALTERNATIVE, ABSTAIN**

Pursuant to Rule 12 of the Federal Rules of Civil Procedure (the "**Rules**"), as made applicable by Rule 7012 of the Federal Rules of Bankruptcy Procedure, and 28 U.S.C. § 1334, DMRJ Group LLC ("**DMRJ**"), hereby moves the Court (the **"Motion"**) to: (i) dismiss with prejudice the above-captioned adversary proceeding (the **"Adversary Proceeding"**), (a) for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) and (b) for failure to state a claim

{38058758;2}

pursuant to Rule 12(b)(6); (ii) in the alternative, abstain from hearing the Adversary Proceeding; (iii) award DMRJ its costs and fees associated with the Adversary Proceeding; and (iv) grant DMRJ such other and further relief as this Court deems just and proper

DMRJ respectfully refers the Court to the Memorandum of Law in Support of the Motion and the declaration attached thereto. Additionally, DMRJ attaches a proposed order as **Exhibit A** hereto.

Pursuant to Fed. R. Bankr. P. 7012(b), DMRJ does not consent to the entry of a final order and/or judgment by this Court in connection with this Adversary Proceeding.

WHEREFORE, DMRJ respectfully requests that the Motion be granted and that the Court order such other and further relief as is just and proper.

| | |
|---|---|
| Dated: July 10, 2017 | /s/ Alan M. Root |
| | Alan M. Root (No. 5427) |
| | ARCHER & GREINER, P.C. |
| | 300 Delaware Avenue, Suite 1100 |
| | Wilmington, DE 19801 |
| | Telephone: 302-777-4350 |
| | E-mail: aroot@archerlaw.com |
| | |
| | and |
| | |
| | Barbra R. Parlin, Esq. |
| | Holland & Knight LLP |
| | 31 West 52nd Street |
| | New York, NY 10019 |
| | Phone: 212.513.3210 |
| | Facsimile: 212.385.9010 |
| | E-mail: barbra.parlin@hklaw.com |
| | |
| | *Counsel for Defendant DMRJ Group LLC* |

212854675v1