# EXHIBIT "A"

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| FIAC CORP., *et al.*, | Case No. 16-12238 (BLS) |
| | Jointly Administered |
| Debtors. | |

------------------------------------------------------X

| | |
|---|---|
| WEST LOOP SOUTH LLC AND EPOCS REAL ESTATE PARTNERSHIP, LTD., | |
| Plaintiffs, | Adversary Proceeding No. 17-50556 (BLS) |
| v. | |
| SECURE POINT TECHNOLOGIES INC. (f/k/a IMPLANT SCIENCES CORPORATION) | |
| and | |
| DMRJ GROUP LLC, | |
| Defendants. | |

------------------------------------------------------X

## ORDER

UPON CONSIDERATION OF the Motion (the "**Motion**") of DMRJ Group LLC ("**DMRJ**") to (i) dismiss with prejudice the above-captioned adversary proceeding (the "**Adversary Proceeding**") or (ii) in the alternative, abstain from hearing the Adversary Proceeding:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

{40003868;1}

2.        Pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6), made applicable to this Adversary Proceeding by Federal Bankruptcy Rule 7012, the Complaint [Dkt. No. 1] and the Adversary Proceeding (Adv. Pro. No. 17-50556 (BLS)) are hereby dismissed with prejudice with respect to DMRJ.

3.        DMRJ is hereby awarded costs and fees in the amount of $_____.

Dated:        _____

_____
THE HONORABLE BRENDAN L. SHANON
CHIEF UNITED STATES BANKRUPTCY JUDGE

212854688v1