# **<u>Exhibit A</u>**

### Forbearance and Security Agreement

This Forbearance and Security Agreement (this "Agreement") is made and entered into as of this 5 day of July, 2016 by and among Platinum Partners Value Arbitrage Fund, L.P. ("PPVA"), Epocs Real Estate Partnership, Ltd. ("Epocs"), West Loop South LLC ("West Loop"), and DMRJ Group, LLC ("DMRJ").

WHEREAS, pursuant to that certain Promissory Note dated as of August 12, 2015 (the "August 12 2015 Note"), (a) Epocs made loans to PPVA totaling the principal sum of Two Million Five Hundred Twenty Thousand Three Hundred Eighty Six Dollars and Eighty Four Cents ($2,520,386.84); and (b) West Loop made loans to PPVA totaling the principal sum of Two Million Five Hundred Sixty Nine Thousand Seven Hundred Sixteen Dollars and Eighty Four Cents ($2,569,716.84);

WHEREAS, pursuant to that certain Inventory Purchase and Sale Agreement dated as of October 13, 2015 (as amended, the "Purchase and Sale Agreement"), PPVA guaranteed payments to West Loop now totaling the principal sum of Two Million Sixty Five Thousand Seven Hundred Seventy Three Dollars and Forty Eight Cents ($2,065,773.48);

WHEREAS, Epocs and West Loop (together, the "Creditors") are affiliated entities;

WHEREAS, in accordance with the schedule set forth at Exhibit A hereto, sums due and owing by PPVA to the Creditors under the August 12 2015 Note and the Purchase and Sale Agreement (assuming no further payments), inclusive of principal, interest and other applicable fees (collectively, the "Obligations"), are projected to total Seven Million Six Hundred Ninety Eight Thousand Seven Hundred Forty Five Dollars and Seventy Four Cents ($7,698,745.74) as of October 31, 2016;

WHEREAS, PPVA and DMRJ are affiliated entities with a common interest in amicable resolution of disputes between the Creditors and PPVA;

WHEREAS, PPVA, Epocs, West Loop and DMRJ (collectively, the "parties") enter into this Agreement for purposes of causing the Creditors to forbear from exercising rights or remedies with respect to the Obligations until October 31, 2016 in exchange for (a) a guarantee from DMRJ and (b) a first-priority security interest in any and all of DMRJ's rights and remedies under that certain Senior Secured Convertible Promissory Note dated September 5, 2012 with face amount of Twelve Million Dollars ($12,000,000), a copy of which is attached hereto as Exhibit B with its associated security agreement (together, the "Secured Note").

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. The Creditors shall forbrear from all enforcement actions against PPVA to enforce their rights under the Obligations prior to October 31, 2016; provided, however, this provision shall be of no further force or effect if and when PPVA should file for, or otherwise be subject to, any bankruptcy or other form of insolvency proceeding.

1

2. DMRJ hereby guarantees that it shall be jointly and severally liable for repayment of the Obligations to the Creditors but, for such purpose, DMRJ's liability shall be limited to DMRJ's rights and remedies (including without limitation proceeds) under the Secured Note. Without limiting the foregoing, for purposes of securing the Obligations, DMRJ hereby grants to the Creditors a first-priority security interest in and to all of DMRJ's rights and remedies under the Secured Note, including without limitation in and to all payments and proceeds from the maker (Implant Sciences Corporation) thereunder. The Creditors shall have the right to make applicable UCC filings with respect to the foregoing, and PPVA and DMRJ shall cooperate with respect thereto, including without limitation by delivering to the Creditors the original signed version of the Secured Note as necessary to perfect such security interest.

3. Notwithstanding anything to the contrary herein, Implant Sciences Corporation and DMRJ at any time shall have the right to divide the Secured Note into more than one note of lower denominations which add up to principal amounts of Twelve Million Dollars ($12,000,000) in the aggregate (and except for the divided denominations, with all terms and conditions otherwise identical to those of the Secured Note), with one such divided note to be at principal amount of Four Million Six Hundred Ten Thousand Twenty Seven Dollars and Thirty Nine Cents ($4,610,027.39) (the "Replacement Secured Note"). For avoidance of doubt, the principal amount of any such Replacement Secured Note was intended to be calculated in a manner such that sums due thereunder shall total Seven Million Six Hundred Ninety Eight Thousand Seven Hundred Forty Five Dollars and Seventy Four Cents ($7,698,745.74) as of October 31, 2016. At any time DMRJ shall request, the Creditors shall return the original signed version of the Secured Note to DMRJ and DMRJ shall simultaneously provide the Creditors with the original signed version of the Replacement Secured Note in its stead. At such point in time, all references in Section 2 above to the "Secured Note" shall be deemed to refer to the "Replacement Secured Note". For avoidance of doubt, the Creditors at all times shall be entitled to a first-priority security interest and this paragraph merely provides for a mechanism by which PPVA and DMRJ may replace the relevant collateral with collateral with lower principal value but nonetheless sufficient to cover payment of the Obligations in full.

4. Notwithstanding anything to the contrary contained herein, (a) the Creditors' rights under the Secured Note under no circumstances shall include any right to exercise any form of conversion rights thereunder, or to benefit from any convertibility in the notes whatsoever; and (b) DMRJ shall have the right to amend (i) the maturity date of the Secured Note so as to extend it to a date no later than October 31, 2016 and/or (ii) any aspect of the Secured Note to the extent relating to conversion rights. Creditors shall cooperate in any and all respects as required to facilitate any such amendment(s), including without limitation by substituting any form of note then held in Creditors possession to effectuate such amendment.

5. The rights and remedies granted to the Creditors hereunder are cumulative and, except to the extent expressly provided by paragraph 1 above, nothing herein constitutes a waiver of rights or

remedies by the Creditors and nothing herein releases any person or entity from any obligation owed to the Creditors.

6. This Agreement may be executed in counterparts, and/or with originals exchanged by electronic means.

7. The terms and conditions of this Agreement constitute the entire agreement of the parties with respect to the subject matter hereof and shall not be amended absent a writing signed by all parties.

{signature page(s) follow}

3

IN WITNESS WHEREOF, the parties hereto by their signatures below enter into this Agreement as of the date first set forth above.

PLATINUM PARTNERS VALUE ARBITRAGE FUND, L.P.

By: _____

EPOCS REAL ESTATE PARTNERSHIP, LTD.

By: _____

WEST LOOP SOUTH LLC

By: _____

DMRJ GROUP, LLC

By: _____

4

| PLATINUM DEBT DUE SCOPE ENTITIES | | | | |
|---|---|---|---|---|
| As of 07/04/16 | | | | |
| | EPOCS | WLS | TC OPS | TOTAL |
| Original Amt | 2,520,386.84 | 2,669,716.84 | 2,065,773.48 | 7,255,877.16 |
| Repayments | | (100,000.00) | 0 | (100,000.00) |
| Current Principle | 2,520,386.84 | 2,569,716.84 | 2,065,773.48 | 7,155,877.16 |
| Interest | 0 | 0 | 116,316.82 | 116,316.82 |
| Fee | 0 | 0 | 61,973.20 | 61,973.20 |
| Total current amt due | 2,520,386.84 | 2,569,716.84 | 2,244,063.50 | 7,334,167.18 |
| Accrued Interest thru: | 5/31/2016 | 5/31/2016 | 6/6/2016 | |
| Interest Rate | 12.00% | 12.00% | 12.00% | per annun |
| Anticipated Pay Date | 10/31/2016 | 10/31/2016 | 10/31/2016 | |
| # of Days | 153 | 153 | 147 | |
| Acc'd Interest | 126,778.91 | 129,260.28 | 108,539.37 | 364,578.56 |
| Total with acc'd interest | 2,647,165.75 | 2,698,977.12 | 2,352,602.87 | 7,698,745.74 |
| NOTES: | | | | |
| *** Assumes no monthly interest payments on the EPOCS and WLS notes after payment for May accrued interest. | | | | |