# **<u>Exhibit D</u>**

Platinum Partners Value Arbitrage Fund, L.P.<br>
250 West 55th Street, 14th Floor<br>
New York, NY 10019

August 19, 2015

West Loop South LLC.
6300 West Loop South, Ste. 100
Bellaire, TX 77401

Re: <u>Letter Agreement to Promissory Note Dated August 12, 2015</u>

This letter agreement ("Letter Agreement") is being entered into between Platinum Partners Value Arbitrage Fund, L.P. ("Borrower") and West Loop South LLC ("Lender") in connection with the Promissory Note dated August 12, 2015 ("Note") issued by Borrower to Lender.

The parties agree as follows:

1. <u>Definitions</u>. Capitalized terms used in this Letter Agreement and not otherwise defined shall have the meaning as ascribed to such term in the Note.

2. <u>Loan Amount</u>: Principal amount of loan from Lender is $2,669,716.84, representing a prior advance by Lender to The Collective and being assumed by Borrower.

3. <u>Maturity Date</u>. Notwithstanding the language to the contrary set forth in Section 1 of the Note, the Borrower confirms that: the Maturity Date with respect to the Lender shall be December 28, 2015. Borrower shall make a partial principal payment of $100,000 on or before October 31, 2015. The total remaining amount owed to the Lender shall be paid to the Lender in full by the Borrower on or before Maturity Date.

4. <u>Call Amount</u>. The portion of Section 1 of the Note beginning "After 6 months .........." shall be deleted.

5. <u>Payments</u>. All payments of interest and principal shall be made by wire transfers as directed by Lender.

6. <u>Other Terms</u>. All other Note terms not referred to in this Letter Agreement are still in force and effect.

This Letter Agreement may be executed in any number of counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same instrument. This Letter Agreement is solely for the benefit of the parties hereto and may be amended only by an instrument in writing executed by each of the parties hereto.

If the foregoing accurately reflects your understanding and agreement, please indicate as much by signing and returning to the Borrower the enclosed copy of this Letter Agreement.

Platinum Partners Value Arbitrage Fund L.P.

By: _____

Name: David Stenly

Title: Authorized Signatory


West Loop South LLC

By: _____

Name:   Steven J. Finkelman

Title:   Member