# Exhibit E

## Inventory Purchase and Sale Agreement

This Inventory Purchase and Sale Agreement (this "Agreement") is made as of this 13th day of October, 2015 (the "Effective Date") by and among TC Res, LLC ("TC Res"), TC Ops, LLC ("TC Ops"), Scope Imports, Inc. ("Scope"), West Loop South, LLC ("West Loop"), Atlantic Growth Capital, LLC ("Atlantic"), and Platinum Partners Value Arbitrage Fund, L.P. ("Platinum").

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, TC Res, TC Ops, Scope, West Loop, Atlantic and Platinum (collectively, the "parties") agree as follows:

1. If and as TC Res may request, Scope shall purchase inventory directly from TC Res and/or from vendors of TC Res (on an LDP basis) (the "Inventory"), in all cases in a manner structured such that the third-party vendors will ship such Inventory directly to TC Res (or to such other person, entity or location(s) as TC Res may designate on a case by case basis). Notwithstanding the foregoing, (a) nothing herein shall require Scope to make any such purchases; (b) Scope shall not make any particular Inventory purchase if it had received prior written notice from Atlantic objecting to it making such purchase; and (c) absent prior agreement among Scope, TC Res and Atlantic, Scope shall not purchase Inventory with Inventory Sale Price (as defined below) in excess of One Million Five Hundred Thousand Dollars ($1,500,000) (for such purposes, such sum refers to purchases totaled collectively throughout the entirety of the Agreement, and not to sums outstanding at any one point in time). For avoidance of doubt, any purchases by Scope with Inventory Sale Price in excess of One Million Five Hundred Thousand Dollars made with prior agreement among Scope, TC Res and Atlantic shall continue to be governed by the terms of this Agreement without the need for amendment.

2. TC Res shall provide Atlantic with copies of all Inventory purchase requests made to Scope hereunder at the same time submitted to Scope hereunder. Such copies may be transmitted by e-mail.

3. Scope and West Loop shall engage in intercompany transactions so as to cause West Loop to sell the Inventory to TC Ops in accordance with the terms and conditions herein.

4. On the same day that Scope purchases Inventory, West Loop shall sell the Inventory to TC Ops for a sale price of one hundred and seven percent (107%) of the cost of the Inventory (the "Inventory Sale Price"), on and subject to the terms and conditions herein.

5. The Inventory Sale Price shall be paid by TC Ops to West Loop as follows:

    a. On each Tuesday beginning with Tuesday, October 20, 2015 and ending with Tuesday, December 8, 2015, TC Ops shall pay to West Loop a sum equal to forty percent (40%) of all sales revenues actually collected by TC Ops, Suchman and/or any of their respective affiliates forming part of those companies commonly referred to as part of "The Collective" (the "40% Payments"). The 40% Payments shall be payments to be applied against Inventory Sale Price owed by TC Ops.

    b. TC Ops shall have the right to pre-pay without penalty any additional sums owed as Inventory Sale Price.

1

    c. TC Ops shall make payments to West Loop on December 15, 2015 and December 22, 2015 which combined shall equal all then-outstanding Inventory Sale Price. TC Ops shall engage in good-faith negotiation with West Loop as when those dates come near for purposes of determining reasonable allocations of payments among the two dates. If for any reason any portion of Inventory Sale Price has not been repaid to West Loop on or before December 22, 2015 then, each Tuesday thereafter, TC Ops shall continue to make payments towards satisfaction of such debt (and continuing until all Inventory Sale Price has been repaid) by continuing to pay West Loop reasonably allocated percentages of sales revenues actually collected by TC Ops, Suchman and/or any of their respective affiliates forming part of those companies commonly referred to as part of "The Collective".

    d. Without limiting any of the foregoing, any invoices issued by West Loop for collection of any then-unpaid Inventory Sale Price shall become due and payable on or before ninety (90) days following issuance of such invoice.

6. In order to secure West Loop's right to recover all Inventory Sale Price:

    A. Platinum hereby guarantees repayment to West Loop of all Inventory Sale Price as and when due hereunder, with payment by Platinum on such guarantee to be made within three (3) business days following written demand (which for such purposes may be sent by e-mail to dsteinberg@platinumlp.com and mnordlicht@platinumlp.com and Seth@TheCollecive.com). For avoidance of doubt, Platinum shall be jointly and severally liable with TC Ops for all such payments.

    B. Atlantic's security interest in and to any and all assets of The Collective shall be subordinated to West Loop as it relates to West Loop's right to recover Inventory Sale Price. For avoidance of doubt, this shall put West Loop behind Rosenthal (existing first-secured lender), but in front of Atlantic.

    C. For avoidance of doubt, nothing herein in any way extinguishes the rights of West Loop and/or Scope to recover sums due to them, with the protections having been afforded to them, as it relates to those transactions reflected in the letter agreements dated August 19, 2015 (such letter agreements re: Letter Agreements to Promissory Notes dated August 12, 2015).

    D. If the entirety of the Inventory Sale Price is not paid to West Loop on or before December 22, 2015, then West Loop shall be entitled to collect such amount together with a three percent (3%) penalty plus twelve percent (12%) annual interest.

7. TC Ops shall submit weekly reports to Atlantic and Scope (a) showing the calculations for each 40% Payment; (b) Inventory in transit; (c) sales of purchased Inventory; and (d) balance of purchased Inventory then unsold. All such reports may be transmitted by e-mail.

8. From the Effective Date through December 31, 2020, Scope and its related companies shall have the right to use The Collective's drop-ship e-com platform, subject to paying TC Ops' true-costs associated therewith without profit margin.

9. No later than November 30, 2015, Atlantic shall loan The Collective no less than an additional One Million Five Hundred Thousand Dollars ($1,500,000), such loan to be made under the terms of the existing loan documentation.

10. This Agreement constitutes the entire agreement of the parties with respect to its subject matter and shall not be amended absent a writing signed by the parties hereto.

IN WITNESS WHEREOF, the parties hereto by their signature below enter into this Agreement as of the Effective Date.

TC RES, LLC

By: _____
Seth Gerszberg, its Officer

TC OPS, LLC

By: _____
Seth Gerszberg, its Officer

SCOPE IMPORTS, INC.

By: _____

WEST LOOP SOUTH, LLC

By: _____

ATLANTIC GROWTH CAPITAL, LLC

By: _____

PLATINUM PARTNERS VALUE ARBITRAGE FUND, L.P

By: _____