# Exhibit F

First Amendment to Inventory Purchase and Sale Agreement

This First Amendment to Inventory Purchase and Sale Agreement (this "First Amendment") is made and entered into as of this 29th day of October, 2015 by and among TC Res, LLC ("TC Res"), TC Ops, LLC ("TC Ops"), Scope Imports, Inc. ("Scope"), West Loop South, LLC ("West Loop"), Atlantic Growth Capital, LLC ("Atlantic"), and Platinum Partners Value Arbitrage Fund, L.P. ("Platinum").

WHEREAS, TC Res, TC Ops, Scope, West Loop, Atlantic and Platinum (collectively, the "parties") are parties to that certain Inventory Purchase and Sale Agreement dated as of October 13, 2015 (the "Agreement");

WHEREAS, the parties now desire to amend the Agreement on and subject to the terms and conditions herein;

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. Notwithstanding anything to the contrary in Paragraph 1 of the Agreement, the One Million Five Hundred Thousand Dollar ($1,500,000) cap therein referenced shall be assessed on a rolling basis, such that, if and as Inventory Sale Price is paid by TC Ops to West Loop, the amounts of such repayments become available again for future inventory purchases subject to the cap.

2. Except to the extent amended herein, the terms and conditions of the Agreement remain in full force and effect.

IN WITNESS WHEREOF, the parties hereto by their signature below enter into this First Amendment as of the date first set forth above.

TC RES, LLC

By: _____
Seth Gerszberg, its Officer

TC OPS, LLC

By: _____
Seth Gerszberg, its Officer

SCOPE IMPORTS, INC.

By: _____

WEST LOOP SOUTH, LLC

By: _____

ATLANTIC GROWTH CAPITAL, LLC

By: _____

PLATINUM PARTNERS VALUE ARBITRAGE FUND, L.P.

By: _____

1