# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| FIAC Corp., *et al.*,[1] | ) Case No. 16-12238 (BLS) ) |
| Debtors. | ) Jointly Administered ) |
| West Loop South LLC and Epocs Real Estate Partnership, Ltd., | ) ) ) |
| Plaintiffs | ) ) |
| v. | ) |
| Secure Point Technologies (f/k/a "Implant Sciences Corporation") | ) ) Adv. Pro. No. 17-50556 (BLS) ) |
| -and- | ) ) |
| DMRJ Group LLC, | ) |
| Defendants. | ) ) |

## ORDER APPROVING STIPULATION FOR EXTENSION OF TIME
## TO RESPOND TO MOTIONS TO DISMISS THE COMPLAINT

Plaintiffs West Loop South LLC and Epocs Real Estate Partnership, Ltd. (together, the "West Loop Parties") and defendants Secure Point Technologies, Inc. (f/k/a "Implant Sciences Corporation") ("Secure Point") and DMRJ Group LLC ("DMRJ"), having entered into the *Stipulation for Extension of Time to Respond to Motions to Dismiss the Complaint* attached to this Order as Exhibit 1 (the "Stipulation"); and the Court having reviewed the Stipulation and having determined that good cause has been shown for approving the Stipulation;

IT IS HEREBY ORDERED THAT

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: FIAC Corp. (f/k/a IMX Acquisition Corp.) (9838); Secure Point Technologies, Inc. (f/k/a Implant Sciences Corporation) (7126); FCAC Corp. (f/k/a C Acquisition Corp.) (8021); FASIC Corp. (f/k/a Accurel Systems International Corporation) (3856). The Debtors' headquarters are located at 215 Depot Ct. SE, Suite #212, Leesburg, VA 20175.

07/24/2017 SL1 1473824v2 110763.00001

1. The Stipulation is approved and the extensions therein are granted.
2. The parties are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation.
3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this order.

Dated: July 26, 2017
Wilmington, Delaware

The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge