## EXHIBIT 1

(Stipulation)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FIAC Corp., *et al.*,[1] | ) Case No. 16-12238 (BLS) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| West Loop South LLC and Epocs Real Estate Partnership, Ltd., | ) |
| Plaintiffs | ) |
| v. | ) |
| Secure Point Technologies, Inc. (f/k/a "Implant Sciences Corporation") | ) Adv. Pro. No. 17-50556 (BLS) |
| -and- | ) |
| DMRJ Group LLC, | ) |
| Defendants. | ) |

## STIPULATION FOR EXTENSION OF TIME
## TO RESPOND TO MOTIONS TO DISMISS THE COMPLAINT

Plaintiffs West Loop South LLC and Epocs Real Estate Partnership, Ltd. (together, the "West Loop Parties") and defendants Secure Point Technologies, Inc. (f/k/a "Implant Sciences Corporation") ("Secure Point") and DMRJ Group LLC ("DMRJ"), through their undersigned counsel, stipulate and agree as follows:

1. On June 14, 2017, the West Loop Parties initiated this adversary proceeding by filing their *Complaint to, Among Other Things, Determine the Validity, Priority, and Extent of a Lien Upon, or Other Interest In, Property of the Bankruptcy Estate* against Secure Point and DMRJ [Adv. Dkt. No. 1] (the "Complaint").

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: FIAC Corp. (f/k/a IMX Acquisition Corp.) (9838); Secure Point Technologies, Inc. (f/k/a Implant Sciences Corporation) (7126); FCAC Corp. (f/k/a C Acquisition Corp.) (8021); FASIC Corp. (f/k/a Accurel Systems International Corporation) (3856). The Debtors' headquarters are located at 215 Depot Ct. SE, Suite #212, Leesburg, VA 20175.

2. On July 10, 2017, DMRJ filed and served its motion to dismiss the Complaint and supporting memorandum of law (Adv. Dkt. Nos. 6, 7, & 8) and on July 14, 2017, Secure Point filed its motion to dismiss the Complaint and supporting memorandum of law (Adv. Dkt. Nos. 11 & 12) (together, the "Motions to Dismiss").

3. The West Loop Parties, Secure Point and DMRJ have now agreed and therefore stipulate that the time within which the West Loop Parties must respond to the Motions to Dismiss is hereby extended to and including August 10, 2017, and the time within which Secure Point and DMRJ may file their replies, if any, is hereby extended through and including August 22, 2017.

*[Remainder of Page Intentionally Left Blank]*

Dated: July 24, 2017
Wilmington, Delaware

**STEVENS & LEE, P.C.**

/s/ *Joseph H. Huston, Jr.*
Joseph H. Huston (No. 4035)
Jason D. Angelo, Esquire (No. 6009)
919 North Market St., Suite 1300
Wilmington, DE 19801
Tel: (302) 425-3310
Fax:610) 371-7972
Email: jhh/ jda@stevenslee.com
  -and-
Mark S. Finkelstein
Shannon, Martin, Finkelstein, Alvarado & Dunne, P.C.
1001 McKinney Street, Suite 1100
Houston, Texas 77002
Tel.: (713) 646-5503
Fax: (713) 752-0337
Email: mfinkelstein@smfadlaw.com

*Attorneys for West Loop South LLC and Epocs Real Estate Partnership, Ltd*

**YOUNG CONAWAY STARGATT&TAYLOR, LLP**

/s/ Matthew B. Lunn
Matthew B. Lunn (No. 4119)
Donald J. Bowman, Jr. (No. 4383)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Tel.: (302) 571-6600
Fax: (302) 571-1253
Email: mlunn/dbowman@ycst.com
*Attorneys for Secure Point Technologies, Inc.*
  -and-
WILLKIE FARR & GALLAGHER LLP
Paul V. Shalhoub
Jennifer J. Hardy
787 Seventh Avenue
New York, New York 10019
Tel.: (212) 728-8000
Email:  pshaloub/jhardy@willkie.com
*Co-Counsel for Secure Point Technologies, Inc.*

ARCHER & GREINER, P.C
/s/  Alan M. Root
Alan M. Root (No. 5427)
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Tel.: (302) 777-4350
Email: aroot@archerlaw.com
  -and-
Barbra R. Parlin
Holland & Knight LLP
31 West 52nd Street
New York, NY 10019
Tel.: (212) 513.3210
Fax: (212) 385.9010
Email: barbra.parlin@hklaw.com

*Attorneys for DMRJ Group LLC*

07/24/2017 SL1 1473802v2 110763.00001