# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FIAC Corp., *et al.*,[1]<br><br>        *Debtors*. | ) Chapter 11<br>)<br>) Case No. 16-12238 (BLS)<br>)<br>) (Jointly Administered)<br>) |
| West Loop South LLC and Epocs Real Estate Partnership, Ltd.,<br>        *Plaintiffs*,<br>v.<br>Secure Point Technologies, Inc. (f/k/a Implant Sciences Corporation)<br>    -and-<br>DMRJ Group LLC,<br>        *Defendants*. | )<br>)<br>)<br>)<br>)<br>) Adv. Pro. No. 17-50556 (BLS)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION
TO DISMISS THE COMPLAINT WITHOUT PREJUDICE PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41 AND FEDERAL RULE OF
BANKRUPTCY PROCEDURE 7041, AND FOR OTHER RELIEF**

The undersigned counsel for Plaintiffs West Loop South LLC and Epocs Real Estate Partnership, Ltd. (together, the "West Loop Parties") certifies as follows:

1. On June 14, 2017, the West Loop Parties initiated this adversary proceeding by filing their *Complaint to, Among Other Things, Determine the Validity, Priority, and Extent of a Lien Upon, or Other Interest In, Property of the Bankruptcy Estate* against Secure Point Technologies, Inc. (f/k/a Implant Sciences Corporation) ("Secure Point") and DMRJ Group LLC ("DMRJ") [Adv. Dkt. No. 1] (the "Complaint").

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: FIAC Corp. (f/k/a IMX Acquisition Corp.) (9838); Secure Point Technologies, Inc. (f/k/a Implant Sciences Corporation) (7126); FCAC Corp. (f/k/a C Acquisition Corp.) (8021); FASIC Corp. (f/k/a Accurel Systems International Corporation) (3856). The Debtors' headquarters are located at 215 Depot Ct. SE, Suite #212, Leesburg, VA 20175.

2. On June 2, 2017, defendant DMRJ commenced an action captioned *DMRJ Group LLC v. West Loop South LLC and Epocs Real Estate Partnership, Ltd.,* Index No. 653019/2017, in the Supreme Court of the State of New York, County of New York (the "State Court Action"). On June 12, 2017, DMRJ's counsel emailed a copy of the State Court Action summons and complaint to the undersigned counsel for the West Loop Parties.

3. On July 10, 2017, DMRJ filed and served its motion to dismiss the Complaint in this adversary proceeding, and supporting memorandum of law and declaration [Adv. Dkt. Nos. 6, 7, & 8], and on July 14, 2017, Secure Point filed and served its motion to dismiss the Complaint in this adversary proceeding, and supporting memorandum of law [Adv. Dkt. Nos. 11 & 12] (together, the "Motions to Dismiss"). The parties subsequently agreed to extend the response and reply deadlines [Adv. Dkt. Nos. 14 and 16].

4. By Order dated August 3, 2017 [Bkcy. Dkt. No. 917], the Court confirmed the Debtors' *First Amended Joint Plan Pursuant to Chapter 11 of the Bankruptcy Code* (as confirmed, the "Plan") [Bkcy. Dkt. No. 802]. By notice dated August 11, 2017 [Bkcy. Dkt. No. 932], the Debtors announced that all conditions precedent to the Effective Date have been either satisfied or waived in accordance with the terms of the Plan and that the Effective Date of the Plan was August 11, 2017. In addition, Stephen S. Gray (the "Trustee") was appointed as the trustee for the Liquidating Trust established in these cases, commencing as of the Effective Date.

5. Rather than be engaged in two lawsuits arising out of the same nucleus of operative facts, the West Loop Parties--based on a number of considerations, including efficiency and judicial economy--have decided and agreed with DMRJ and the Trustee to voluntarily dismiss the present action without prejudice and for the West Loop Parties and DMRJ to present their claims, causes of action, remedies and defenses in the State Court Action.

The West Loop Parties covenant not to refile the Complaint in the above-captioned Bankruptcy Case, following its dismissal without prejudice.

6.      Accordingly, subject to the Court's approval, the West Loop Parties, Secure Point through the Trustee and DMRJ, all through counsel, have entered into the stipulation attached as **Exhibit 1** (the "Stipulation") providing for (1) the voluntary dismissal of this adversary proceeding without prejudice and (2) withdrawal of the Motions to Dismiss as moot, with each party to bear its own costs and attorneys' fees incurred in connection with this adversary proceeding.

**WHEREFORE**, the undersigned respectfully requests that at its earliest convenience, the Court enter an order substantially in the form attached as **Exhibit 2** approving the Stipulation.

Respectfully submitted,

Dated:  August 17, 2017
        Wilmington, Delaware

**STEVENS & LEE, P.C.**

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
Jason Daniel Angelo (No. 6009)
919 North Market St., Suite 1300
Wilmington, DE 19801
Telephone:    (302) 425-3310/11
Facsimile:    (610) 371-7972/11
Email:        jhh/jda@stevenslee.com

*Attorneys for West Loop South LLC and Epocs Real Estate Partnership, Ltd*