## Exhibit 2

**(Proposed Order)**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FIAC Corp., *et al.*,[1] | ) Case No. 16-12238 (BLS) |
| | ) |
| *Debtors.* | ) (Jointly Administered) |
| | ) |
| West Loop South LLC and Epocs Real Estate Partnership, Ltd., | ) |
| | ) |
| *Plaintiffs*, | ) |
| v. | ) Adv. Pro. No.  17-50556 (BLS) |
| Secure Point Technologies, Inc. (f/k/a Implant Sciences Corporation) | ) |
| | ) |
| -and- | ) **Related to Docket Nos. 1, 6-8, 11-12 & 14-16** |
| | ) |
| DMRJ Group LLC, | ) |
| *Defendant*s. | ) |

### ORDER APPROVING STIPULATION TO DISMISS COMPLAINT WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 7041 AND FOR OTHER RELIEF

Plaintiffs West Loop South LLC and Epocs Real Estate Partnership, Ltd. (together, the

"West Loop Parties"),[2] Stephen S. Gray, the Liquidating Trustee (the "Trustee") appointed to act

on behalf of defendant Secure Point Technologies, Inc. (f/k/a Implant Sciences Corporation)

("Secure Point"),, and defendant DMRJ Group LLC ("DMRJ"), having entered into the

*Stipulation to Dismiss the Complaint Without Prejudice pursuant to Civil Rule 41 and*

*Bankruptcy Rule 7041, and for Other Relief* attached to this Order as **Exhibit 1** (the

"Stipulation"); and the Court having reviewed the Stipulation and having determined that good

---

[1]  The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: FIAC Corp. (f/k/a IMX Acquisition Corp.) (9838); Secure Point Technologies, Inc. (f/k/a Implant Sciences Corporation) (7126); FCAC Corp. (f/k/a C Acquisition Corp.) (8021); FASIC Corp. (f/k/a Accurel Systems International Corporation) (3856).  The Debtors' headquarters are located at 215 Depot Ct. SE, Suite #212, Leesburg, VA 20175.

[2]  Capitalized terms not otherwise defined herein are defined in the Stipulation of Dismissal.

cause exists for approving same:

**IT IS HEREBY ORDERED THAT**

1.  The Stipulation is approved and all relief requested therein is granted.

2.  The Complaint is hereby dismissed without prejudice.

3.  The Motion to Dismiss and supporting memorandum of law and declaration filed by DMRJ [Adv. Dkt. Nos. 6, 7, & 8] are withdrawn as moot.

4.  The Motion to Dismiss and supporting memorandum of law filed by Secure Point [Adv. Dkt. Nos. 11 & 12] are withdrawn as moot.

5.  Each Party shall bear its own costs and attorneys' fees incurred in connection with this adversary proceeding.

6.  The parties are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation.

7.  This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this order.

Dated: August ___, 2017
       Wilmington, Delaware

_____
**HONORABLE BRENDAN L. SHANNON**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**